UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:15-cv-81548-DMM

TAMA A. LARA,

    Plaintiff,

v.

AFNI, INC., CENTRAL FINANCIAL
CONTROL, and FIRST FEDERAL CREDIT
CORP.,

    Defendants.
_____/

**<u>DEFENDANT, AFNI, INC.'S, MOTION TO GRANT MOTION TO DISMISS BY DEFAULT AND INCORPORATED MEMORANDUM OF LAW</u>**

Defendant, Afni, Inc. (Afni), through counsel and under Local Rule 7.1, requests the Court grant its Motion to Dismiss Plaintiff's Complaint (Doc. 7) by default for plaintiff, Tama Lara's (plaintiff), failure to serve an opposing memorandum of law, and states:

    1.    On October 9, 2015, plaintiff filed this action alleging Afni violated the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq*., and the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1691, *et seq*., by failing to respond to her certified letter requesting validation of her debt.

    2.    On November 25, 2015, Afni filed and served its Motion to Dismiss Plaintiff's Complaint. As discussed more fully in Afni's motion, plaintiff's complaint

fails as a matter of law because (1) plaintiff failed to allege Afni is a debt collector – a prerequisite to a claim under the FDCPA, (2) plaintiff failed to allege any attempts by Afni to collect the debt *after* receipt of her letter, and (3) plaintiff failed to allege she disputed the debt to the credit reporting bureaus.

3. Pursuant to Local Rule 7.1(c), "[e]ach party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default."

4. It has been more than 14 days since Afni served its motion to dismiss. To date, however, plaintiff has failed to file the required opposing memorandum of law.

WHEREFORE, Defendant, Afni, Inc., respectfully requests this Court dismiss Plaintiff's Complaint with prejudice, and for such other relief as this Court deems proper.

Respectfully submitted,

*/s/ Michael P. Schuette*
Michael Schuette
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida  33618
Telephone:   (813) 890-2472
Facsimile:   (866) 466-3140
mschuette@sessions-law.biz
dvanhoose@sessions-law.biz

*Attorneys for Defendant,*
*Afni, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of January 2016, a copy of the foregoing was filed electronically and served via U.S. First Class Mail on the following:

Tama A. Lara
11323 Millpond Greens Dr.
Boynton Beach, FL 33473

*/s/ Michael P. Schuette*
Michael Schuette